UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SOLOMON S. KENNEDY                                                                    PLAINTIFF

V.                                                          CIVIL ACTION NO.:4:07cv187-WAP-DAS

CHRISTOPHER B. EPPS, ET AL.                                                       DEFENDANTS

*CONSOLIDATED WITH*

SOLOMON S. KENNEDY                                                                    PLAINTIFF

V.                                                            CIVIL ACTION NO.:4:08cv40-WAP-DAS

CHRISTOPHER B. EPPS, ET AL.                                                       DEFENDANTS

ORDER

Before the Court are two motions filed by the pro se plaintiff. The first motion (#66) is another motion to amend the complaint. By Order (#65) the court denied four similar motions on the ground that the amendment deadline had long expired. For the same reason, the instant motion to amend is hereby DENIED. The court has thoroughly reviewed the second motion (#67); and, because it presents no decipherable request for relief or court intervention , it is hereby terminated.

SO ORDERED this 15th day of June, 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE